UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:15-cv-00165-PSG |
|         Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | **(Re: Docket No. 174)** |
| ZTE CORPORATION, et al., | ) | |
|         Defendants. | ) | |
| ADAPTIX, INC., | ) | Case No. 5:15-cv-00166-PSG |
|         Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | **(Re: Docket No. 177)** |
| ZTE CORPORATION, et al., | ) | |
|         Defendants. | ) | |
| ADAPTIX, INC., | ) | Case No. 5:15-cv-00167-PSG |
|         Plaintiff, | ) | **CASE MANAGEMENT ORDER** |
| v. | ) | **(Re: Docket No. 183)** |
| ZTE CORPORATION, et al., | ) | |
|         Defendants. | ) | |

|  |  |
|---|---|
| ADAPTIX, INC., | Case No. 5:15-cv-00168-PSG |
| Plaintiff, | **CASE MANAGEMENT ORDER** |
| v. | **(Re: Docket No. 148)** |
| ZTE CORPORATION, et al., |  |
| Defendants. |  |

Based on the parties' joint case management statement[1] and this week's case management conference,

IT IS HEREBY ORDERED that the following schedule and deadlines shall apply in these cases:

| | |
|---|---|
| Responsive Brief on Claim Construction | April 17, 2015 |
| Reply Brief on Claim Construction | April 27, 2015 |
| Surreply Brief on Claim Construction | May 7, 2015 |
| Claim Construction (*Markman*) Hearing | May 14, 2015 at 1:00 PM |
| Fact Discovery Cut-Off | September 18, 2015 |
| Opening Expert Witness Reports | October 23, 2015 |
| Rebuttal Expert Witness Reports | November 27, 2015 |
| Expert Discovery Cut-Off | January 8, 2016 |
| Deadline to File Dispositive Motions | February 4, 2016 |
| Opposition Briefs on Dispositive Motions | February 25, 2016 |
| Reply Briefs on Dispositive Motions | March 10, 2016 |
| Hearing on Dispositive Motions | March 31, 2016 at 1:00 PM |
| Pre-Trial Conference | July 25, 2016 at 1:00 PM |
| Initial Trial | August 1, 2016 at 9:30 AM |

---

[1] Case No. 5:15-cv-00165: Docket No. 169.

At the case management conference, the parties discussed certain other discovery-related provisions that should apply to these cases as well.[2] The parties shall submit a proposed order within seven (7) days memorializing such provisions as well as any others to which the parties have agreed.

**SO ORDERED.**

Dated: April 9, 2015

                                          PAUL S. GREWAL
                                          United States Magistrate Judge

---

[2] For example, the parties agreed to cross-use of deposition testimony across cases.