UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:14-cv-01379-PSG |
| Plaintiff, | ) | **CLAIM CONSTRUCTION ORDER** |
| v. | ) | |
| AMAZON.COM, INC., et al., | ) | |
| Defendants. | ) | |
| ADAPTIX, INC., | ) | Case No. 5:14-cv-01385-PSG |
| Plaintiff, | ) | **CLAIM CONSTRUCTION ORDER** |
| v. | ) | |
| SONY MOBILE COMMUNICATIONS, INC., et al., | ) | |
| Defendants. | ) | |
| ADAPTIX, INC., | ) | Case No. 5:14-cv-02359-PSG |
| Plaintiff, | ) | **CLAIM CONSTRUCTION ORDER** |
| v. | ) | |
| HTC CORPORATION, et al., | ) | |
| Defendants. | ) | |

1
Case No. 5:14-cv-01379-PSG; -01385; -02359; -02360; -02894; -02895; 15-00165; -00166; -00167; -00168
CLAIM CONSTRUCTION ORDER

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:14-cv-02360-PSG |
| Plaintiff, | ) | **CLAIM CONSTRUCTION ORDER** |
| v. | ) | |
| HTC CORPORATION, et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:14-cv-02894-PSG |
| Plaintiff, | ) | **CLAIM CONSTRUCTION ORDER** |
| v. | ) | |
| KYOCERA CORPORATION, et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:14-cv-02895-PSG |
| Plaintiff, | ) | **CLAIM CONSTRUCTION ORDER** |
| v. | ) | |
| KYOCERA CORPORATION, et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:15-cv-00165-PSG |
| Plaintiff, | ) | **CLAIM CONSTRUCTION ORDER** |
| v. | ) | |
| ZTE CORPORATION, et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:15-cv-00166-PSG |
| Plaintiff, | ) | **CLAIM CONSTRUCTION ORDER** |
| v. | ) | |
| ZTE CORPORATION, et al., | ) | |
| Defendants. | ) | |

| | | |
|---|---|---|
| ADAPTIX, INC., | ) | Case No. 5:15-cv-00167-PSG |
| Plaintiff, | ) | |
| v. | ) | **CLAIM CONSTRUCTION ORDER** |
| ZTE CORPORATION, et al., | ) | |
| Defendants. | ) | |
| ADAPTIX, INC., | ) | Case No. 5:15-cv-00168-PSG |
| Plaintiff, | ) | **CLAIM CONSTRUCTION ORDER** |
| v. | ) | |
| ZTE CORPORATION, et al., | ) | |
| Defendants. | ) | |

Plaintiff Adaptix, Inc. claims Defendants Amazon.com, Inc., Sony Mobile Communications, Inc., HTC Corporation, Kyocera Corporation, ZTE Corporation, Verizon Wireless, Dell, Inc., AT&T Mobility LLC and Sprint Spectrum L.P. infringe United States Patent Nos. 6,947,748 and 7,454,212.  Consistent with Pat. L.R. 4-3(c), the parties seek construction of one claim term.[1]  The parties appeared for a hearing on the matters at hand earlier today.  To avoid unnecessary delay, the court proceeds to issue its construction without its full reasoning and analysis:

| PATENT NO. | CLAIM TERM/PHRASE | CONSTRUCTION |
|---|---|---|
| '212 | "continuously monitors" | "checks without interruption" |

The parties should rest assured that the court arrived at these constructions with a full appreciation of not only the relevant intrinsic and extrinsic evidence, but also the Federal Circuit's teaching in *Phillips v. AWH Corp.*,[2] and its progeny.  So that the parties may pursue whatever recourse they believe is necessary, a complete opinion will issue before entry of any judgment.

---

[1] *See* Case No. 14-cv-01379: Docket No. 139.  Pursuant to the parties' agreement, the court adopts by reference its ruling on claim construction from the "Wave 1" cases.  *See* Case No. 13-cv-01776-PSG: Docket No. 158.  The parties do not waive their right to appeal those constructions by agreeing to have them apply in these "Wave 2" cases.

[2] 415 F.3d 1303, 1312-15 (Fed. Cir. 2005).

**SO ORDERED.**

Dated: May 14, 2015

_____
PAUL S. GREWAL
United States Magistrate Judge