**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**SAN JOSE DIVISION**

| | |
|---|---|
| ADAPTIX, INC. | |
|         Plaintiff, | |
|   v. | Case No. 5:15-cv-00165-PSG |
| ZTE CORPORATION, *et al.,* | Hon. Paul S. Grewal |
|         Defendants. | |
| ADAPTIX, INC. | |
|         Plaintiff, | |
|   v. | Case No. 5:15-cv-00166-PSG |
| ZTE CORPORATION, *et al.,* | Hon. Paul S. Grewal |
|         Defendants. | |
| ADAPTIX, INC. | |
|         Plaintiff, | |
|   v. | Case No. 5:15-cv-00167-PSG |
| ZTE CORPORATION, *et al.,* | Hon. Paul S. Grewal |
|         Defendants. | |
| ADAPTIX, INC. | |
|         Plaintiff, | |
|   v. | Case No. 5:15-cv-00168-PSG |
| ZTE CORPORATION, *et al.,* | Hon. Paul S. Grewal |
|         Defendants. | |

**~~[PROPOSED]~~ ORDER REGARDING PLAINTIFF ADAPTIX, INC.'S PRODUCTION OF DOCUMENTS REQUIRED BY THE ORDER REGARDING DISCOVERY AGREEMENTS, AND DEFENDANTS' REQUEST TO MODIFY THE ORDER**

Before the Court is Defendants ZTE (USA) Inc., Boost Mobile, LLC, Sprint Spectrum, L.P., T-Mobile USA Inc., and MetroPCS Wireless, Inc.'s (collectively "ZTE Defendants") request for an Order compelling Plaintiff Adaptix, Inc. ("Adaptix") to produce all documents required by the Order Regarding Discovery Agreements issued on May 13, 2015. (*See* Orders at Case No. 15-cv-00165, Dkt. No. 217; Case No. 15-cv-00166, Dkt. No. 218; Case No. 15-cv-00167, Dkt. No. 221; and Case No. 15-cv-00168, Dkt. No. 183.) Also before the Court is the ZTE Defendants' request to modify the Order Regarding Discovery Agreements.

The Court has considered the parties' letter briefs, and held a teleconference with counsel on September 17, 2015. Based on representations from Adaptix's counsel that Adaptix will timely produce all documents required by the Order Regarding Discovery Agreements, the Court will not issue an Order compelling Adaptix to do so at this time.

The Court hereby GRANTS the ZTE Defendants' request to modify the Order Regarding Discovery Agreements. Paragraph 11.a. of the Order is hereby AMENDED to include the following provision:

> Plaintiff will also produce all expert reports on patent invalidity, and exhibits thereto, served by any defendant in any case brought by Adaptix.

Further, Paragraph 14.a. of the Order is hereby AMENDED to include the following provision:

> If Adaptix intends to use, in the ZTE Cases, the trial testimony of a witness from another Adaptix case to which ZTE is not a party, Adaptix shall promptly advise ZTE Defendants of the same. Adaptix shall also promptly make the witness available to the ZTE Defendants for a deposition not to exceed three (3) hours.

IT IS SO ORDERED.

DATED: September 18, 2015

Hon. Paul S. Grewal
UNITED STATES MAGISTRATE JUDGE