1
2
3
4
5

6          UNITED STATES DISTRICT COURT

7         NORTHERN DISTRICT OF CALIFORNIA

8            SAN JOSE DIVISION

9
10

**United States District Court**
For the Northern District of California

11  ADAPTIX, INC.,                          )   Case No. 5:14-cv-01385-PSG
                                            )
12                         Plaintiff,       )   **ORDER DENYING MOTION FOR**
                                            )   **LEAVE TO CONDUCT THIRD-**
13           v.                             )   **PARTY DISCOVERY**
                                            )
14  SONY MOBILE COMMUNICATIONS, INC.,       )   **(Re: Docket No. 177)**
    et al.,                                 )
15                                          )
                                            )
16                         Defendants.      )
                                            )
17  ───────────────────────────────────    )   Case No. 5:14-cv-02894-PSG
    ADAPTIX, INC.,                          )
18                                          )   **ORDER DENYING MOTION FOR**
                           Plaintiff,       )   **LEAVE TO CONDUCT THIRD-**
19                                          )   **PARTY DISCOVERY**
             v.                             )
20                                          )   **(Re: Docket No. 185)**
    KYOCERA CORPORATION, et al.,            )
21                                          )
                                            )
22                         Defendants.      )
    ───────────────────────────────────    )
23  ADAPTIX, INC.,                          )   Case No. 5:14-cv-02895-PSG
                                            )
24                         Plaintiff,       )   **ORDER DENYING MOTION FOR**
                                            )   **LEAVE TO CONDUCT THIRD-**
25           v.                             )   **PARTY DISCOVERY**
                                            )
26  KYOCERA CORPORATION, et al.,            )   **(Re: Docket No. 192)**
                                            )
27                         Defendants.      )
    ───────────────────────────────────    )
28

**United States District Court**
For the Northern District of California

1    ADAPTIX, INC.,                                    )   Case No. 5:15-cv-00165-PSG
                                                        )
2                    Plaintiff,                         )   **ORDER DENYING MOTION FOR**
                                                        )   **LEAVE TO CONDUCT THIRD-**
3        v.                                             )   **PARTY DISCOVERY**
                                                        )
4    ZTE CORPORATION, et al.,                           )   **(Re: Docket No. 268)**
                                                        )
5                    Defendants.                        )
                                                        )
6    _____            )   Case No. 5:15-cv-00166-PSG
                                                        )
7    ADAPTIX, INC.,                                     )   **ORDER DENYING MOTION FOR**
                                                        )   **LEAVE TO CONDUCT THIRD-**
8                    Plaintiff,                         )   **PARTY DISCOVERY**
                                                        )
9        v.                                             )   **(Re: Docket No. 266)**
                                                        )
10   ZTE CORPORATION, et al.,                           )
                                                        )
11                   Defendants.                        )
     _____            )
12   ADAPTIX, INC.,                                     )   Case No. 5:15-cv-00167-PSG
                                                        )
13                   Plaintiff,                         )   **ORDER DENYING MOTION FOR**
                                                        )   **LEAVE TO CONDUCT THIRD-**
14       v.                                             )   **PARTY DISCOVERY**
                                                        )
15   ZTE CORPORATION, et al.,                           )   **(Re: Docket No. 260)**
                                                        )
16                   Defendants.                        )
                                                        )
17   _____            )   Case No. 5:15-cv-00168-PSG
                                                        )
18   ADAPTIX, INC.,                                     )   **ORDER DENYING MOTION FOR**
                                                        )   **LEAVE TO CONDUCT THIRD-**
19                   Plaintiff,                         )   **PARTY DISCOVERY**
                                                        )
20       v.                                             )   **(Re: Docket No. 222)**
                                                        )
21   ZTE CORPORATION, et al.,                           )
                                                        )
22                   Defendants.                        )
     _____            )
23          Before the court is a motion by Adaptix, Inc., Plaintiff in each of these related cases.

24   Adaptix seeks leave to conduct discovery on non-party Qualcomm Incorporated after the close of

25   fact discovery.[1]  Adaptix has since confirmed that further discovery in most of these cases—the

26

27   _____
     [1] *See* Case No. 14-1385, Docket No. 177; Case No. 14-2894, Docket No. 185; Case No. 14-2895,
     Docket No. 192; Case No. 15-0165, Docket No. 268; Case No. 15-0166, Docket No. 266; Case No.
28   15-0167, Docket No. 260; Case No. 15-0168, Docket No. 222.

1   ones involving Defendants Sony Mobile Communications, Inc. and ZTE Corporation[2]—is

2   unwarranted because the cases are likely to settle or be dismissed.[3]  The only remaining issue,

3   therefore, is whether third-party discovery is justified in the two cases involving Defendant

4   Kyocera Corporation.[4]

5           Adaptix acknowledges that its subpoenas to Qualcomm in the Kyocera cases did not

6   request that Qualcomm produce any source code.  Although Adaptix characterizes this as an

7   associate's oversight, Adaptix did not correct the mistake in the several months after it issued the

8   subpoena in July.  There is no process by which the court may order further discovery under Fed.

9   R. Civ. P. 45.  The motion is DENIED.

10  **SO ORDERED.**

11  Dated: November 12, 2015

12                                              _Paul S. Grewal_
                                              PAUL S. GREWAL
13                                              United States Magistrate Judge

14

15

16

17

18

19

20

21

22

23

24  _____
    [2] _See_ Case No. 14-1385; Case No. 15-0165; Case No. 15-0166; Case No. 15-0167; Case No. 15-
25  0168.

26  [3] _See_ Case No. 14-1385, Docket No. 186; Case No. 14-2894, Docket No. 188; Case No. 14-2895, Docket No. 196; Case No. 15-0165, Docket No. 279; Case No. 15-0166, Docket No. 273; Case No.
27  15-0167, Docket No. 267; Case No. 15-0168, Docket No. 229.

28  [4] _See_ Case No. 14-2894; Case No. 14-2895.

Case Nos. 5:14-cv-01385-PSG; -02894; -02895; 5:15-cv-00165-PSG; -00166; -00167; -00168
ORDER DENYING MOTION FOR LEAVE TO CONDUCT THIRD-PARTY DISCOVERY

United States District Court
For the Northern District of California