UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ADAPTIX, INC., | Case Nos. 15-cv-00165 PSG (NC) |
| Plaintiff, | ORDER EXCUSING ATTENDANCE AT SETTLEMENT CONFERENCE |
| v. | Related to: 15-cv-00166 PSG (NC)<br>15-cv-00167 PSG (NC)<br>15-cv-00168 PSG (NC) |
| ZTE CORPORATION, et al., | |
| Defendants. | |

TO ALL PARTIES AND COUNSEL AND PARTIES OF RECORD:

By letter dated November 16, 2015, Sprint Spectrum L.P. and Boost Mobile LLC requested their client representative Lee Lauridsen be excused from personally appearing at the settlement conference scheduled for November 23, 2015.

Upon consideration of the request, the Court finds good cause for excusing personal attendance. Therefore, it is hereby ordered that Lee Lauridsen be available by telephone from 11:00 a.m. Pacific Standard Time until further notice on November 23, 2015.

IT IS SO ORDERED.

Dated: November 16, 2015

_____
NATHANAEL M. COUSINS
United States Magistrate Judge