

Pillsbury Winthrop Shaw Pittman LLP
501 West Broadway, Suite 1100 | San Diego, CA 92101-3575 | tel 619.234.5000 | fax 619.236.1995



November 20, 2015

*Via E-mail*

The Hon. Judge Nathaneal Cousins, Magistrate Judge
United States District Court, N.D. California
Courtroom 7- 4th Floor
280 South 1st Street
San Jose, CA 95113

Re:   **Adaptix v. ZTE Corporation, et al., 5:15-cv-165 (N.D. Cal.)**
      **Adaptix v. ZTE Corporation, et al., 5:15-cv-166 (N.D. Cal.)**
      **Adaptix v. ZTE Corporation, et al., 5:15-cv-167 (N.D. Cal.)**
      **Adaptix v. ZTE Corporation, et al., 5:15-cv-168 (N.D. Cal.)**

Dear Judge Cousins,

I am writing pursuant to Local ADR Rule 6-10(d) to request that James R. Wood, who is Chief Patent counsel for ZTE (USA) Inc. and ZTE's client representative with authority to settle, be allowed to participate in the settlement conference currently scheduled before this Court on November 23 at 11:00 a.m. by telephone rather than traveling to the Court from Richardson, Texas.

In support of this request, ZTE notes that on November 4, Judge Grewal set this settlement conference at the request of Adaptix's counsel for November 23 to coincide with hearings before Judge Grewal that day involving Adaptix and defendants in other Adaptix-related litigation. None of those hearings involve ZTE and ZTE would not otherwise travel to San Jose on November 23 but for the scheduled settlement conference. In further support of this request, ZTE notes that the Court has already granted permission to appear telephonically to all other defendants whose attendance is required at the settlement conference. James Foster, counsel for Adaptix, has informed me that Adaptix does not agree that ZTE's client representative should likewise be allowed to appear by telephone.

Steven Moore, counsel for ZTE, will be present in person for the settlement conference and is travelling from San Diego to San Jose for the sole purpose of attending the settlement conference.



The Hon. Nathaneal Cousins
November 20, 2015
Page 2

ZTE respectfully requests that Mr. Wood be allowed to participate in the November 23rd settlement conference by telephone.

Very truly yours,

Michelle A. Herrera

cc:   Mark McGrory, Esq.
      James Williams, Esq.
      James Foster, Esq.